Matter of Weinshenker (2023 NY Slip Op 03172)

Matter of Weinshenker

2023 NY Slip Op 03172

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed June 5, 2023.)

&em;

[*1]MATTER OF SETH BRIAN WEINSHENKER, AN ATTORNEY, RESIGNOR.

MEMORANDUM AND ORDER
 Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.